IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>    Plaintiff,<br><br>v.<br><br>C AND H PAVING, INC. a/k/a C&H PAVING, INC., QUALITY ASPHALT, LLC, BENJAMIN CRANFORD, INC., BENJAMIN C. CRANFORD, JR., EMMALEE CRANFORD, ALL STAR CONCRETE, INC., CANAAN C. CRANFORD, and BENJAMIN C. CRANFORD, III.<br><br>    Defendants. | Civil Action No.:<br><br>1:23-cv-00098-JRH-BKE |

## ACKNOWLEDGMENT OF SERVICE FOR DEFENDANTS C AND H PAVING, INC. a/k/a C&H PAVING, INC., BENJAMIN C. CRANFORD, JR., BENJAMIN CRANFORD, INC., AND QUALITY ASPHALT, LLC

Pursuant to Fed. R. Civ. P. 4(e)(1), Fed. R. Civ. P. 4(h)(1), and O.C.G.A. § 9-10-73, Defendants C and H Paving, Inc. a/k/a C&H Paving, Inc., Benjamin Cranford, Jr., Benjamin Cranford, Inc., and Quality Asphalt, LLC (hereinafter, "these Defendants"), by and through their undersigned attorney, who is authorized to take the actions set forth herein, hereby acknowledge service upon these Defendants of the Summonses, Civil Cover Sheet, Complaint with Exhibits A - J, Litigants' Bill of Rights, and Corporate Disclosure Statement.

Pursuant to Fed. R. Civ. P. 12(a)(1(A)(i), these Defendants shall have twenty-one (21) days from the undersigned date to file an answer, responsive pleadings, or other response to Plaintiff's complaint.  These Defendants expressly reserve all defenses and objections available to them under

federal law or Georgia law, other than any defense based on insufficient process or insufficient service of process.

    This 10th day of August, 2023.

|  |  |
|---|---|
|  | **STONE & BAXTER, LLP**<br>By:<br><br>*/s/ Matthew S. Cathey*<br>Matthew S. Cathey |
| 577 Third Street | Georgia Bar No. 759547 |
| Macon, GA  31201 | Thomas B. Norton |
| (478) 750-9898 | Georgia Bar No. 997178 |
| (478) 750-9899 *facsimile* |  |
| mcathey@stoneandbaxter.com |  |
| tnorton@stoneandbaxter.com | *Attorneys for Defendants C and H Paving, Inc. a/k/a C&H Paving, Inc., Benjamin Cranford, Jr., Benjamin Cranford, Inc., and Quality Asphalt, LLC* |

G:\CLIENTS\Cranford, Benji\Ack of Service for C&H, Cranford Jr., Cranford Inc., and Quality Asphalt 8-10-2023.docx