IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) ) ) |
| Plaintiff, | ) ) ) |
| C and H PAVING, INC., a/k/a C&H PAVING, INC., QUALITY ASPHALT, LLC, BENJAMIN CRANFORD, INC., BENJAMIN C. CRANFORD, JR., EMMALEE CRANFORD, ALL STAR CONCRETE, INC., CANAAN C. CRANFORD, and BENJAMIN C. CRANFORD, III, | ) ) ) ) ) ) ) ) ) ) CIVIL ACTION FILE NO.  1:23-CV-00098-JRH-BKE |
| Defendants. | ) |

**ANSWER OF DEFENDANT BENJAMIN C. CRANFORD, JR.
TO CROSSCLAIM OF EMMA LEE CRANFORD**

COMES NOW Benjamin C. Cranford, Jr. and responds to the Crossclaim of Emma Lee Cranford as follows:

### FIRST DEFENSE

The Crossclaim fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The allegations of fraud are not set forth with sufficient particularity as required by Fed.R.Civ.P. 9.

### THIRD DEFENSE

In response to the allegations of the Crossclaim, Crossclaim Defendant Benjamin C. Cranford, Jr. shows the following:

1.

Paragraphs 1, 2, 3, 4, 5 and 7 of the Crossclaim are admitted.

2.

Paragraphs 6, 8, 13, 14 and 15 of the Crossclaim are denied.

3.

In response to paragraph 10, it is admitted that the GIA and the "March 2022," agreement evidence debt of C and H Paving, Inc. and others. To the extent paragraph 10 is viewed as an allegation that the GIA and the "March 2022," agreement are debts of C and H Paving, Inc. and no one else, the paragraph is denied.

4.

In response to paragraph 11 of the Crossclaim, Crossclaim Defendant admits that he agreed in the divorce decree to be solely responsible for and to indemnify and hold harmless his wife on all debts of C and H Paving, Inc. that existed as of the date of the agreement, to-wit, December 21, 2020.

5.

In response to paragraphs 9 and 12, the responses to the incorporated paragraphs are incorporated herein.

6.

All allegations of the Crossclaim not expressly admitted are denied.

WHEREFORE, having stated his Answer to the Crossclaim, Crossclaim Defendant prays that judgment be entered in his favor except as to matters admitted herein. Crossclaim Defendant

expressly denies liability for any consequential or punitive/exemplary damages or expenses of litigation.

This 6th day of November, 2023.

                                        Respectfully submitted,

                                        *s/ John C. Bell, Jr.*
                                        John C. Bell, Jr. (Ga. Bar No. 048600)
                                        The Bell Firm
                                        PO Box 1547
                                        Augusta, GA 30903-1547
                                        (706) 722-2014
                                        John@bellfirm.net

                                        Counsel for Crossclaim Defendant
                                         Benjamin C. Cranford, Jr.

## **CERTIFICATE OF SERVICE**

I hereby certify that this day I electronically filed the within and foregoing **ANSWER OF DEFENDANT BENJAMIN C. CRANFORD, JR. TO CROSSCLAIM OF EMMA LEE CRANFORD,** with the Clerk of Court using the CM/ECG system, which will automatically send electronic mail notifications of such filing to counsel of record.

This 6th day of November, 2023.

*s/ John C. Bell, Jr.*
John C. Bell, Jr.
Counsel for Crossclaim Defendant
 Benjamin C. Cranford, Jr.