# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>　　Plaintiff,<br><br>v.<br><br>C AND H PAVING, INC., a/k/a C&H PAVING, INC.; QUALITY ASPHALT, LLC; BENJAMIN CRANFORD, INC.; BENJAMIN C. CRANFORD, JR.; EMMALEE CRANFORD; ALL STAR CONCRETE, INC.; CANAAN C. CRANFORD; and BENJAMIN C. CRANFORD, III,<br><br>　　Defendants. | Docket No.<br><br>1:23-cv-00098 |

## NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM

COMES NOW Tisdale Middleton & Land Law Firm, attorneys for Emma Lee Cranford, and notifies the court and the other party(ies) that P. Simon P. Williams is no longer employed by the firm. Tisdale Middleton & Land Law Firm will remain as attorneys for Emma Lee Cranford, and all further pleadings, orders, and notices should be sent to J. Andrew Tisdale, whose bar number, address, phone number, and email address are provided below.

Respectfully submitted, this 5th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　/s/ J. Andrew Tisdale
　　　　　　　　　　　　　　　　　　　　J. Andrew Tisdale
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 712955
　　　　　　　　　　　　　　　　　　　　*Attorney for Emma Lee Cranford*

　　　　　　　　　　　　　　　　　　　　Tisdale Middleton & Land Law Firm
　　　　　　　　　　　　　　　　　　　　207 North Belair Road
　　　　　　　　　　　　　　　　　　　　Evans, Georgia 30809
　　　　　　　　　　　　　　　　　　　　(706) 869-1348

andy@tisdalelawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing *Notice of Substitution of Counsel Within Firm* on the following person(s) via the electronic filing system of this court:

| | |
|---|---|
| P. Keith Lichtman<br>Mills Law Group<br>1397 Carroll Dr. NW, Suite 100<br>Atlanta, GA 30318<br>klichtman@mills-legal.com | John C. Bell, Jr.<br>The Bell Firm<br>457 Greene Street<br>Augusta, GA 30901<br>john@bellfirm.net |
| John E. Price<br>Fulcher Hagler LLP<br>One 10th St., Suite 700<br>Augusta, GA 30901<br>jprice@fulcherlaw.com | John B. Long<br>Tucker Long, PC<br>453 Greene Street<br>Augusta, GA 30901<br>jlong@tuckerlong.com |

on this 5th day of March, 2024.

/s/ J. Andrew Tisdale
J. Andrew Tisdale
Georgia Bar No. 712955
*Attorney for Emma Lee Cranford*

Tisdale Middleton & Land Law Firm
207 North Belair Road
Evans, Georgia 30809
(706) 869-1348
andy@tisdalelawfirm.com