IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | * * * * | |
| Plaintiff, | * * * | |
| v. | * * | CV 123-098 |
| C AND H PAVING, INC. a/k/a C&H PAVING, INC.; QUALITY ASPHALT, LLC; BENJAMIN CRANFORD, INC.; BENJAMIN C. CRANFORD, JR.; EMMALEE CRANFORD; ALL STAR CONCRETE, INC.; CANAAN C. CRANFORD; and BENJAMIN C. CRANFORD, III, | * * * * * * * * * | |
| Defendants | * | |

**ORDER**

Before the Court is the Parties' joint motion to stay pending settlement. (Doc. 33.) The Parties represent they have reached a settlement that will result in the lawsuit being dismissed on or before July 26, 2024. (Id. at 1.) As such, the Parties move to stay the case. (Id.)

Upon due consideration, the Court **GRANTS** the Parties' motion. (Doc. 33.) The above-captioned case is hereby **STAYED**. The Court **DIRECTS** the Parties to file either a stipulation of dismissal or a status report with the Court updating it on their progress by **JULY 26, 2024**.

**ORDER ENTERED** at Augusta, Georgia, this ___7th___ day of May, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA