IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>    Plaintiff,<br><br>v.<br><br>C AND H PAVING, INC a/k/a C&H PAVING, INC., QUALITY ASPHALT, LLC, BENJAMIN CRANFORD, INC., BENJAMIN C. CRANFORD, JR., EMMALEE CRANFORD, ALL STAR CONCRETE, INC., CANAAN C. CRANFORD, and BENJAMIN C. CRANFORD, III.<br><br>    Defendants. | Civil Action No.: 1:23-cv-00098-JRH-BKE |

## JOINT STATUS REPORT AND MOTION TO ADMINISTRATIVELY CLOSE OR STAY THE PROCEEDINGS

Pursuant to the Court's May 7, 2024 Order and Fed. R. Civ. P. 16(a)(4), Plaintiff and Defendants (collectively, "the Parties") hereby file this Joint Status Report and Motion to Administratively Close or Stay the Proceedings. As the Parties previously informed the Court, following a mediation, the Parties signed a global settlement agreement that should fully and finally resolve all the Parties' claims in the captioned case. Certain parties' obligations pursuant to the settlement agreement will likely require up to a year to be fully performed and fulfilled.

Accordingly, in order to enable all the Parties to fulfill their obligations under their agreement while maintaining this case's status quo in the meantime, the Parties jointly request the Court to administratively close this case and stay all proceedings until the end of July 2025, unless the Court orders or a party requests that this case be placed back on the active docket. *See, e.g.*, *In re Heritage Southwest Medical Group PA*, 464 Fed. Appx. 285, 287 (5th Cir. 2012)

("[A]dministrative closure does not have any effect on the rights of the parties and is simply a docket-management device.").

For these reasons and for good cause shown, the parties respectfully request the Court to grant this joint motion. If the Court desires, the Parties can be available at the Court's convenience for a status conference to address in greater detail the status of the Parties' execution of the terms of their settlement agreement and why the relief requested in this joint motion is both necessary and appropriate. Administratively closing and/or staying this case will enable the Parties to carry out their obligations under their agreement without any prejudice to their rights in this case and prevent potentially unnecessary litigation. This request is made in good faith and not for purposes of delay.

Respectfully submitted this 26th day of July, 2024.

*/s/ P. Keith Lichtman*
P. KEITH LICHTMAN
klichtman@mills-legal.com
ZECHARIAH D. ANDERSON
zanderson@mills-legal.com
MILLS LAW GROUP
1397 Carroll Drive NW, Suite 100
Atlanta, GA 30318
*Counsel for Fidelity & Deposit*
*Company of Maryland*

*/s/ John E. Price*
JOHN E. PRICE
jprice@fulcherlaw.com
Fulcher Hagler LLP
One 10th Street
Suite 700
Augusta, GA 30901
*Counsel for Fidelity & Deposit*
*Company of Maryland*

**[SIGNATURES CONTINUED ON FOLLOWING PAGE]**

*/s/ John Long*
JOHN B. LONG
jlong@tuckerlong.com
Tucker Long PC
453 Greene St.
Augusta, Georgia 30901
*Counsel for All Star Concrete, Inc.;*
*Canaan C. Cranford; and*
*Benjamin C. Cranford, III*

*/s/ Andrew Tisdale*
J. ANDREW TISDALE
andy@tisdalelawfirm.com
Tisdale Middleton & Land Law Firm
207 N. Belair Rd
Evans, Georgia 30809
*Counsel for Emma Lee Cranford*


*/s/ John C. Bell, Jr.*
JOHN C. BELL, JR.
The Bell Firm
P.O. Box 1547
Augusta, Georgia 30903-1547
(706) 722-2014
john@bellfirm.net
*Counsel for Crossclaim Defendant*
*Benjamin C. Cranford, Jr.*

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 26th day of July, 2024.

                                            */s/ John E. Price*
                                            JOHN E. PRICE
                                            GA Bar No. 142012
                                            jprice@fulcherlaw.com
                                            Fulcher Hagler LLP
                                            One 10th Street
                                            Suite 700
                                            Augusta, GA 30901
                                            *Counsel for Fidelity & Deposit*
                                            *Company of Maryland*