IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 123-098 |
| C AND H PAVING, INC. a/k/a C&H PAVING, INC.; QUALITY ASPHALT, LLC; BENJAMIN CRANFORD, INC.; BENJAMIN C. CRANFORD, JR.; EMMALEE CRANFORD; ALL STAR CONCRETE, INC.; CANAAN C. CRANFORD; and BENJAMIN C. CRANFORD, III, | * * * * * * * * * | |
| Defendants. | * | |

## ORDER

Before the Court is the Parties' joint status report and motion to administratively close the case pending settlement. (Doc. 36.)  The Parties represent they have entered a global settlement agreement, but certain Parties' obligations will require up to a year to be fully performed and fulfilled. (Id. at 1.)  To enable all Parties to fulfil their obligations under the agreement and maintain the case's status quo, the Parties request the case be administratively closed until the end of July 2025. (Id.)

Upon due consideration, the Court **GRANTS** the motion (Doc. 36) and **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this action.[1] See Heape v. Flanagan, No. 607CV012, 2008 WL 2439736, at *3 n.7 (S.D. Ga. June 9, 2008). The Parties **SHALL FILE** their stipulation of dismissal with prejudice **BY 5:00 P.M. ON JULY 31, 2025**. If the Parties are unable to file their dismissal by that time, they are **DIRECTED** to file a status report with the Court.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of August, 2024.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Administratively closing the case does not prejudice the rights of the Parties. It is a docket control device used by the Court for statistical purposes.

2