IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>Plaintiff,<br><br>v.<br><br>C AND H PAVING, INC a/k/a C&H PAVING, INC., QUALITY ASPHALT, LLC, BENJAMIN CRANFORD, INC., BENJAMIN C. CRANFORD, JR., EMMALEE CRANFORD, ALL STAR CONCRETE, INC., CANAAN C. CRANFORD, and BENJAMIN C. CRANFORD, III.<br><br>Defendants. | Civil Action No.: 1:23-cv-00098-JRH-BKE |

**MOTION FOR STATUS CONFERENCE OR HEARING ON PENDING MOTIONS**

The captioned case is before the Court on Defendants' Motion to Dismiss (doc. no. 42) and Plaintiff's Motion to Enforce Settlement Agreement, to Award Attorneys' Fees, and to Require Mediation (doc. no. 43). As the Court is aware, following a mediation, the parties signed a global settlement agreement intended to fully and finally resolve all the parties' claims. (See doc. no. 39.) The parties now dispute whether Defendants have performed their obligations under the settlement agreement.

Plaintiff Fidelity and Deposit Company of Maryland respectfully submits that a hearing on the parties' pending motions pursuant to S.D. Loc. R. 7(h) and/or a status conference with the Court would be of assistance in resolving the parties' disputes. If allowed, oral argument on the pending motions should take less than one (1) hour.

Respectfully submitted this 2nd day of November, 2026.

*/s/ P. Keith Lichtman*
P. KEITH LICHTMAN
klichtman@mills-legal.com
ZECHARIAH D. ANDERSON
zanderson@mills-legal.com
MILLS LAW GROUP
1397 Carroll Drive NW, Suite 100
Atlanta, GA 30318
*Counsel for Fidelity & Deposit Company of Maryland*

*/s/ John E. Price*
JOHN E. PRICE
jprice@fulcherlaw.com
Fulcher Hagler LLP
One 10th Street, Suite 700
Augusta, GA 30901
*Counsel for Fidelity & Deposit Company of Maryland*

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 2nd day of November, 2026.

*/s/ John E. Price*
JOHN E. PRICE
GA Bar No. 142012
jprice@fulcherlaw.com
Fulcher Hagler LLP
One 10th Street
Suite 700
Augusta, GA 30901
*Counsel for Fidelity & Deposit Company of Maryland*